

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0652

FILED

12/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0652

FILED

DEC 16 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF APPOINTMENTS TO
THE UNIFORM DISTRICT COURT RULES
COMMISSION

O R D E R

The term of the Honorable Amy Eddy as chair of the Uniform District Court Rules has expired. The Court thanks Judge Eddy for her service on the Commission and to the people of Montana.

Judge Eddy has agreed to be reappointed as chair of the Commission.

IT IS HEREBY ORDERED that the Honorable Amy Eddy is hereby reappointed as chair of the Commission, for a term ending October 1, 2024.

The Clerk is directed to provide copies of this Order to the Honorable Amy Eddy, all members of the Uniform District Court Rules Commission, and the State Bar of Montana.

DATED this 11th day of December, 2020.

_____
Chief Justice

Justices